IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRYAN D. JOHNSON                                                                     PETITIONER

v.                                        Case No. 5:06CV00317 JMM-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                               RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice so that he can exhaust his state remedies. It is further Ordered that Petitioner's motion for default judgment is denied.

IT IS SO ORDERED this   7   day of   May  , 2007.

_____
UNITED STATES DISTRICT JUDGE